GEORGE R. MCCALLUM, PLAINTIFF IN ERROR, v. GUY A.
BROWN, DEFENDANT IN ERROR.

Practice in the Supreme Court.   A cause pending in the Supreme Court,
plaintiff in error failing for two successive terms to appear and prosecute
the same, will, on motion of defendant in error, be dismissed at costs of
plaintiff in error.

THIS was a motion to dismiss a cause pending in this
court.   The grounds of the motion being that plaintiff in
error had failed for two successive terms to prosecute the
same.

*E. Wakely,* for the motion.

PER CURIAM.   Motion sustained and cause dismissed
at costs of plaintiff in error.

DISMISSED.